| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Seng, Michael J. | 2. Court or Organization District Court, Eastern Distict of California, Yosemite | 3. Date of Report 04/24/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (FT) | **5a. Report Type (check appropriate type)** ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address P. O. Box 575 Yosemite, CA 95389 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Guardian/Trustee | Schwab 529 #1 - |
| 2. | Guardian/Trustee | Schwab 529 #2 - |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seng, Michael J. | 04/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Ongoing | Self-employement Income (Interior Design/Furnishings Sales) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seng, Michael J. | 04/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiBank | Credit Card | J |
| 2. CitiBank | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seng, Michael J. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Schwab 529 #1- (Moderately Aggressive) | A | Int./Div. | J | T | | | | | |
| 2.   Schwab 529 #2- (Aggressive) | A | Int./Div. | J | T | | | | | |
| 3.   Schwab Value Advantage Money fund | A | Interest | | | Redeemed | 10/24/11 | M | | |
| 4.   Schwab IRA & Money Mkt Fund | A | Interest | | | Redeemed | 10/24/11 | M | | |
| 5.   Premier Valley Bank IRA-CD ( | A | Interest | N | T | | | | | |
| 6.   Schwab IRA & Money Mkt Fund | A | Interest | | | Redeemed | 10/24/11 | K | | |
| 7.   Premier Valley Bank IRA-CD | A | Interest | K | T | | | | | |
| 8.   Schwab QRP & Money Market Fund | A | Interest | L | T | | | | | |
| 9.   Mann Life Financial Common Stock | A | Dividend | J | T | | | | | |
| 10.  Wellpoint (2010 Line 27 error) | A | Dividend | | | Sold (part) | 03/29/11 | J | A | |
| 11.  Wellpoint ( 2010 Line 27 error) | A | Dividend | | | Sold | 11/11/11 | J | A | |
| 12.  Real Property Pinedale, CA | | None | K | W | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seng, Michael J. | 04/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 4 and 6. In my 2010 report, single Schwab accounts wre listed twice, once as the IRA holding account heading for the individaul stocks held in the IRA portion of that account and once for the (ususally negligilbe) cash funds left over in the money market portion of that account. Since the individual stocks were sold in 2010, there was no longer any reason to distinquish between the IRA and money market portions this year. Instead I simply combined the IRA and money market componennts under the single applicable account number  Thus what were lines 4 (Schwab IRA          ) and 10  (Schwab money market          last year are shown in the single entry for Schwab          on line 4, and what had been on lines 11 and 29 last year are shown on line 6 this year.

Lines 10 and 11 in this year's report relating to Wellpoint stock  is a continuation of what had been on line 27 last year but was there erroneously and inexplicably identified in column A  as Mann Stock. The 2010 report was erroneous in listing the Mann stock twice (Lines 26 and 27); line 27 should have been Wellpoint. The substantive information provided was correct as to Wellpoint.

Part of the Wellpoint stock was sold in March 2011 and the remainder in November 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Seng, Michael J. | 04/24/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Seng**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544